1 | ROBERT A. DOLINKO, State Bar No. 076256
CHRIS BAKER, State Bar No. 181667
2 | DEBORAH SCHWARTZ, State Bar No. 208934
THELEN REID & PRIEST LLP
3 | 101 Second Street, Suite 1800
San Francisco, California 94105
4 | Telephone: (415) 371-1200

Attorneys for Defendant
THOMSON FINANCIAL INC.

ROBERT P. BIEGLER, State Bar No. 88506
BIEGLER ORTIZ & CHAN
1107 Ninth Street, Suite 1025      **DATES OK/HAV**
Sacramento, California 95814
Telephone: (916) 444-3971

Attorney for Plaintiff
ANDREW CARELTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYDA AIRTH | Case Nos:  CIV S-04-2536 DFL GGH |
| PATRICIA MALONE KEANE | CIV S-04-2537 DFL GGH |
| JACK STEVENSON | CIV S-04-2538 DFL GGH |
| ANDREW CARELTON | CIV S-04-2539 DFL GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE TRIAL CONTINUANCE AND CONSOLIDATION OF CASES FOR TRIAL** |
| vs. | |
| THOMPSON FINANCIAL CO., INC., THE THOMPSON CORPORATION, a Corporation, and DOES 1-5, inclusive, | |
| Defendants. | |

The parties to the above-entitled actions have met and conferred and hereby jointly submit the following Stipulation and Order.

WHEREAS the parties intend to mediate these four cases in an effort to resolve them;

SF #922932                                        -1-

1  WHEREAS a mediation was last scheduled to take place on March 30th, 2006, but was
2  canceled due to the unavailability of one plaintiff and then the mediator;
3  WHEREAS, due to the schedule of the various parties, their counsel, and the mediator, a
4  further mediation cannot be held until May 2006 at the earliest;
5  WHEREAS, the final pre-trial conference in this case is currently scheduled for May 10,
6  2006 and trial is scheduled for June 26, 2006;
7  WHEREAS, it would not serve the interests of the Court or the parties to proceed with a
8  pre-trial conference and trial prior to a meaningful mediation and possible settlement of the action;
9  WHEREAS, the parties have contacted the Court and obtained alternative dates for a pre-
10 trial conference and trial in this matter; and
11 WHEREAS, the parties have considered the matter and concluded that consolidating the
12 four above-referenced cases for trial best serves judical economy;
13 NOW, THEREFORE, the parties stipulate as follows:
14 1. The above-captioned cases shall be consolidated for purposes of trial;
15 2. The final pre-trial conference in the above-referenced cases shall be continued to
16 2:00 p.m. on July 28, 2006; seven days prior to the pre-trial conference, the parties shall submit a
17 joint pre-trial statement and otherwise comply with Court's March 28, 2005 Status Order
18 concerning the Final Pre-Trial Conference; and
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #922932                          -2-
STIPULATION AND [PROPOSED] ORDER RE TRIAL CONTINUANCE AND CONSOLIDATION OF CASES
FOR TRIAL

3. The trial in the above-referenced cases shall be continued until September 11, 2006 starting at 9:00 a.m.

It is so stipulated.

Dated: March 28, 2006

THELEN REID & PRIEST LLP

By  /s/  Robert A. Dolinko
Robert A. Dolinko
Attorneys for Defendant
THOMSON FINANCIAL INC.

Dated: March 28, 2006

BIEGLER ORTIZ & CHAN

By  /s/  Robert P. Biegler
Robert P. Biegler
Attorneys for Plaintiffs

**ORDER**

The Court, having considered the parties' Stipulation and Proposed Order and the other pleadings on file in these cases, orders as follows:

1. The above-captioned cases are consolidated for trial;

2. The pre-trial conference is continued until July 28, 2006, starting at 2:00 p.m.

3. The trial is continued until September 11, 2006, starting at 9:00 a.m.

Dated: 3/31/2006

_____
DAVID F. LEVI
United States District Judge